# In the United States Court of Federal Claims

* * * * * * *
*
ALGONQUIN HEIGHTS, ET AL.,
*
Plaintiffs, * No. 97-582C
*
v. * Filed: January 2, 2007
*
THE UNITED STATES OF AMERICA,
*
Defendant.
*
* * * * * * *

**ORDER**

The parties joint request for additional time to May 31, 2007 to complete discovery is GRANTED. Counsel will file a proposed briefing schedule for motions for summary judgment with respect to ripeness within seven days of the close of discovery.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge