# EXHIBIT A

**U.S. Department of Justice**

Civil Division

DMC:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

January 26, 2007

*Via Facsimile & U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

I am writing to confirm our discussion about discovery in the Anaheim Gardens and Algonquin Heights cases. As you aware, your discovery requests require compiling documents and obtaining information from various HUD field offices. Much of the information is years old, has been archived, and is not readily available. Further, many HUD employees who worked on the plaintiffs' projects have retired or are no longer with the agency. Consequently, we agreed that the United States would have an additional 70 days to respond to plaintiffs' written discovery. This extension will run through April 9, 2007. To the extent feasible, we will attempt to produce documents in advance of that date. Additionally, as we discussed, the parties will consider submitting a joint request to modify the current schedule if additional time for discovery proves necessary.

During our discussion, I also mentioned our previous request that plaintiffs provide certain basic information (e.g., the name of the plaintiff who has produced the documents and the significance of the bates number prefixes on the documents produced) about the documents that have been produced to date. This information is essential given the many plaintiffs in these actions, the large volume of documents that have been produced, and plaintiffs' use of RCFC 33(d) in some interrogatory answers. We appreciate your willingness to provide the requested information and look forward to discussing next week when this additional information can be anticipated.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

cc: Terri L. Roman, Esq.
Alice A. Peterson, Esq.