# In the United States Court of Federal Claims

* * * * * * *
*
ALGONQUIN HEIGHTS, ET AL.,
*
Plaintiffs, * No. 97-582C
v. * Filed: March 26, 2007
*
THE UNITED STATES OF AMERICA,
*
Defendant.
*
* * * * * * *

**ORDER**

On March 23, plaintiff filed a Motion to Accept Late Filing of its Opposition to Defendant's Motion to Compel. Counsel for defendant has represented the Government does not oppose such Motion. Accordingly, plaintiff's Motion is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge