# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * | |
| ALGONQUIN HEIGHTS, ET AL., * | |
| Plaintiffs, * | No. 97-582 C |
| v. * | Filed: May 15, 2007 |
| THE UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * | |

**ORDER**

The parties second joint request for additional time to August 31, 2007 to complete discovery is GRANTED. Counsel will file a proposed briefing schedule for motions for summary judgment with respect to ripeness within seven days of the close of discovery.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge