# EXHIBIT A

RECEIVED
MAY 8 1998
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| ALGONQUIN HEIGHTS ASSOCIATES, L.P., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 97-582 C<br>Judge Hodges |

**UNCONTESTED MOTION TO**
**AMEND FIRST AMENDED COMPLAINT**

The Plaintiffs, by and through undersigned counsel, hereby respectfully move for permission to amend their First Amended Complaint herein, pursuant to RCFC 15. The purpose to the amendment is to add four (4) new plaintiffs to this case, and to make certain related textual revisions. The Government has indicated that it has no objection to the requested amendment.

A Memorandum of Points and Authorities in support of this Motion is attached thereto.

Dated: May 8, 1998

Respectfully submitted,

By: Charles L. Edson by Harry J. Kelly

Charles L. Edson, Esq.
PEABODY & BROWN
1255 23rd Street, N.W.
Washington, D.C. 20037
(202) 973-7700

Of Counsel:

Harry J. Kelly, Esq.
Stephen J. Wallace, Esq.
Richard M. Price, Esq.
PEABODY & BROWN
1255 23rd Street, N.W.
Washington, D.C. 20037
(202) 973-7700

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 8th day of May, 1998, a copy of the foregoing Uncontested Motion to Amend First Amended Complaint, with accompanying Memorandum of Points and Authorities in Support thereof, was served via hand delivery to Brian M. Simkin, Esq., Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit, 1100 L Street, N.W., Washington, D.C. 20005.

Harry J. Kelly