# EXHIBIT B

RECEIVED
MAY 8 1998
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| ALGONQUIN HEIGHTS ASSOCIATES, L.P., et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 97-582 C<br>Judge Hodges |

**MEMORANDUM IN SUPPORT OF UNCONTESTED MOTION TO AMEND FIRST AMENDED COMPLAINT**

The Plaintiffs, by and through undersigned counsel, hereby respectfully file this memorandum in support of their accompanying Uncontested Motion to Amend First Amended Complaint (the "Motion"). The principal purpose of the Motion, filed pursuant to RCFC 15, is to add four (4) new plaintiffs to this case, and to make certain related textual revisions. As RCFC 15(a) states, a complaint may be amended where "by leave of the court or by written consent of the adverse party." As indicated in the Motion, the Government has stated it has no objection to the proposed amendment, thereby satisfying the requirements of RCFC 15(a).[1]

Moreover, no party will be prejudiced by this amendment, because the Court has entered an order staying this matter pending the outcome of the decision of the Court of Appeals for the Federal Circuit in Cienega Gardens v. United States, No. 97-5126. -5134,

[1] A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

now pending in that court. It is the parties' understanding that, in light of the stay of proceedings, defendant's obligation to respond to the Second Amended Complaint will not arise until after the expiration of the stay of proceedings. For these reasons, the Plaintiffs believe the Motion should be granted.

Dated: May 8, 1998

Respectfully submitted,

By: Charles L. Edson by Harry J. Kelly

Charles L. Edson, Esq.
PEABODY & BROWN
1255 23rd Street, N.W.
Washington, D.C. 20037
(202) 973-7700

Of Counsel:

Harry J. Kelly, Esq.
Stephen J. Wallace, Esq.
Richard M. Price, Esq.
PEABODY & BROWN
1255 23rd Street, N.W.
Washington, D.C. 20037
(202) 973-7700

Attorneys for Plaintiffs