# In the United States Court of Federal Claims

* * * * * * *

ALGONQUIN HEIGHTS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

* * * * * * *

No. 97-582 C

Filed: July 9, 2007

**ORDER**

The parties will address discovery issues with respect to ripeness and any issues relating to pending motions in this case at a hearing next Friday, July 20, at 11:00 a.m. Counsel will file briefs concurrently on July 17 in advance of the hearing.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge