# SUMMARY: TITLE VI ADMINISTRATIVE PROCESSING AND RESULTS

