# Initial Notice of Intent
To Terminate or Extend Low -Income Affordability Restrictions
(Pursuant to Section 212 of the Low-Income Housing Preservation and Resident Homeownership Act of 1990)

U. S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0459

**Public reporting burden** for this collection of information is estimated to average 2.0 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0459), Washington, D.C. 20503. Do not send this completed form to either of these addressees.

This Notice must be filed simultaneously with (1) the local HUD Field Office, (2) the chief executive officer of the appropriate State or local government, (3) the mortgagee, (4) tenants of the property, and (5) all known representatives of the tenants.

1. Date of this Notice July 20, 1992
2. Purpose of this Notice (Check one):
   - [X] Extend the low income affordability restrictions by requesting incentives: or
   - [ ] **Offer to Sell** the housing to a qualified purchaser.
   - [ ] **Terminate** the low income affordability restrictions through prepayment of the mortgage or voluntary termination of the mortgage insurance;
3. Borrower and Project Information:
   - a. Borrower Entity Anaheim Gardens, a Limited Partnership
   - b. FHA Project Number 122-44178-LDP
   - c. State Agency Project Number (If project is Section 236 non-insured.) n/a
   - d. Project Name Anaheim Gardens
   - e. Project Address(Include City, State, and Zip Code) 1535 West Anaheim St., Los Angeles, CA 90710
   - f. Date of Final Endorsement August 24, 1973
4. Name of Mortgagee Federal National Mortgage Association
5. Name of State or local Agency Receiving this Notice Of Intent Housing Preservation and Production Department City of Los Angeles, Gary Squier, General Manager
6. Owner's Certification

   I, the undersigned, certify that this Notice of Intent has been submitted and distributed in accordance with the requirements of the statute as specified above.

   [X] I certify that I know of no tenant representative.

   Under the penalties and provision of Title 18, United States Code, Section 1001, the statements contained in the request and its attachments have been examined by me and, to the best of my knowledge and belief are true, correct, and complete.

   Signature (Owner) [signature] Date July 13, 1992

   Name (Owner) L. S. Ames, general partner

   Address (Include City, State, and Zip Code) 25332 Narbonne Avenue, Lomita, CA 90717

## Residents

Important Information about this Notice of Intent is on the back of this form.