U.S. De; ...t of Housing and Urban Development
Pacific/Hawaii
Los Angeles Area Office
1615 West Olympic Boulevard
Los Angeles, California 90015-3801

June 29, 1995

| Post-it® Fax Note 7671 | Date 7/11/95 # of pages ▸ 2 |
|---|---|
| To ALAN ROSS | From L.S. AMES |
| Co./Dept. | Co. ANAHEIM GARDENS |
| Phone # | Phone # |
| Fax # | Fax # |

Larry Ames
Ames Development Corp.
Anaheim Gardens, A LTD. Partner
25332 Narbonne Avenue
Suite 200
Lomita, CA 90717

Dear Mr. Ames:

SUBJECT: Title VI - No Funding Available
Anaheim Garden Apartments
122-44378-LDP
Harbor City, CA

The Department currently does not have funds available to fund incentives for your Plan of Action for Anaheim Garden Apartments, 122-44378-LDP, which was approved January 31, 1995 under the Low Income Housing Preservation and Resident Homeownership Act of 1990 (LIHPRHA). The LIHPRHA statute provides that if we do not provide funding for these incentives within certain timeframes you may prepay without the Secretary's consent.

You may prepay your mortgage if the Department is unable to provide incentives before the earlier of the expiration of the 6 month period beginning after final approval of the Plan of Action or the expiration of the 2 month period after the beginning of the first fiscal year after final approval. In your case, you may prepay your mortgage if the Department does not provide incentives by July 31, 1995.

Be advised that if we are unable to fund your incentives within the statutory timeframes and you decide to prepay your mortgage and terminate the low-income use restrictions for your property, you will be responsible for providing relocation assistance to any tenants displaced as a result of such prepayment. You shall pay fifty percent of the relocation expenses of each family relocated, except that the percentage may be higher depending on State or local laws.

You may also be required to allow current tenants who resided in the property on the date you filed your Initial Notice of Intent to remain in the property for a period of

three years, commencing on the date of prepayment. These tenants will pay the same rents existing at the time of prepayment, except for rent increases made necessary due to increased operating costs: The continued occupancy provision applies to all elderly and disabled tenants and to all other tenants if the project is located in a low-vacancy area, as determined by HUD.

The Department will work with the Los Angeles public housing agency to find suitable units for each displaced family. Further, to the extent funds are available, eligible low and very-low income families displaced as the result of a prepayment shall receive Section 8 Certificates.

If you have any questions on this matter please contact Loretta Gillett at (213) 251-7291.

Sincerely,

Michael P. Kulick
Acting Director
Office of Housing

cc: Matthews, 9DHMV
Biase, 9DHM
Kulick, 9DH