# EXHIBIT D

**From:** Kelly, Harry
**Sent:** Friday, June 15, 2007 12:30 PM
**To:** David Harrington (david.harrington@usdoj.gov)
**Subject:** Documents delivered today

David --

My thanks for the Carriage House/Cambridge Square/Glendale Court documents that we received today. We appreciate the documents. As we discussed previously, we will need to review and digest them before we can provide responses to your discovery requests for these properties. Pursuant to Para. 1(e) of my May 22 letter to you, we will supplement our responses after June 15 with respect to these properties (we did not discuss the possibility of receiving additional documents in the Glendale matter, but I am sure you will agree that the same rule should apply). Thanks! HJK

Harry J. Kelly
Partner

NIXON PEABODY

401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
d 202-585-8712
f 202-585-8080
hkelly@nixonpeabody.com
www.nixonpeabody.com

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.