# EXHIBIT E

NIXON PEABODY LLP
ATTORNEYS AT LAW
Suite 900
401 9th Street, N.W.
Washington, D.C. 20004-2128
(202) 585-8000
Fax: (202) 585-8080

Harry J. Kelly
Direct Dial: (202) 585-8712
E-Mail: hkelly@nixonpeabody.com

June 20, 2007

**VIA FEDERAL EXPRESS**

David Harrington, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW
Room 12136
Washington, DC 20530

**Re: Anaheim Gardens/Algonquin Heights Litigation --Discovery Responses**

Dear David:

Please find enclosed the following documents in the above-referenced cases:

1. Plaintiffs' Response to Defendant's Second Set of Requests for Admissions;
2. Plaintiffs' Response to Defendant's Second Set of Interrogatories;
3. Plaintiffs' Response to Defendant's Third Set of Requests for Admissions;
4. Plaintiffs' Response to Defendant's Third Set of Interrogatories; and
5. Supplemental responsive information with respect to Interrogatories Nos. 2 and 3 in the Defendant's First Set of Interrogatories.

As we mentioned, we have not received signature pages from all of the plaintiffs and will forward them to you later this week as we receive them.

Pursuant to my May 23, 2007 letter to you, our responses to your second and third set of discovery requests do not include information pertaining to the Carriage House and Cambridge Square plaintiffs in the Algonquin Heights litigation. We are reviewing the materials supplied by the Government with respect to these plaintiffs and will supplement our responses when we complete that review. Also pursuant to that letter, these responses do not address the disputed

Thetford properties in Anaheim Gardens and the Briar Hill, Briar Crest and United Company entities who are the subject to a dispute in the Algonquin Heights case.

Please call me if you have any questions.

Very truly yours,

Harry J. Kelly

cc: Alycia A. Ziarno, Esq.

10562707.1