# EXHIBIT A

**U. S. Department of Justice**

Civil Division

BSimkin
154-97-582

Telephone:
(202) 307-6289

*Washington, D.C. 20530*

April 23, 1998

BY TELECOPIER AND REGULAR MAIL

Harry J. Kelly, Esq.
Peabody & Brown
1255 23rd Street, N.W.
Washington, D.C. 20037
Tele: (202) 973-7712
Fax: (202) 973-7750

Re: Algonquin Heights Assocs. et al. v. United States, Fed. Cl. No.97-582C

Dear Harry:

Thank you for providing the draft of Plaintiff's Uncontested Motion To Amend First Amended Complaint, dated April 21, 1998, for our review. The motion is acceptable to defendant, provided that the following sentence is included on page two of the supporting memorandum after the sentence ending "now pending in that court": "It is the parties understanding that, in light of the stay of proceedings, defendant's obligation to respond to the Second Amended Complaint will not arise until after the expiration of the stay of proceedings."

Please contact me ((202) 307-6289) if you have any further questions.

Very truly yours,

BMS

BRIAN M. SIMKIN
Attorney
Commercial Litigation Branch
Civil Division