**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALGONQUIN HEIGHTS, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 97-582C |
| v. | ) | Judge Robert H. Hodges, Jr. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S THIRD SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Rules of the United States Court of Federal Claims, defendant, the United States, requests that the plaintiffs respond to the requests for admission set forth below.

**DEFINITIONS**

The United States incorporates by reference the definitions used in Defendant's Third Set of Interrogatories.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

For each subject property, admit that you did not apply to prepay the Government-insured mortgage on the subject property pursuant to ELIHPA.

**Response:**

**REQUEST FOR ADMISSION NO. 2:**

For each subject property, admit that you have not obtained a final decision from HUD applying ELIHPA to the subject property.

**Response:**

**REQUEST FOR ADMISSION NO. 3:**

For each subject property, admit that you did not apply to prepay the Government-insured mortgage on the subject property pursuant to LIHPRHA.

**Response:**

**REQUEST FOR ADMISSION NO. 4:**

For each subject property, admit that you have not obtained a final decision from HUD applying LIHPRHA to the subject property.

**Response:**

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

May 1, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 1st day of May 2007, I caused to be delivered by hand delivery, Defendant's Third Set of Requests For Admission, to:

Harry J. Kelly
Nixon Peabody, LLP
410 Ninth Street, N.W., Suite 900
Washington, D.C. 20004

Ena M. Goddard