**Harrington, David (CIV)**

**From:** Kelly, Harry [HKELLY@nixonpeabody.com]
**Sent:** Friday, June 08, 2007 5:16 PM
**To:** Harrington, David (CIV)
**Subject:** RE: Anaheim Gardens v. United States, No. 93-655 (Fed. Cl.).

David -- This will confirm our conversation a moment ago, in which you agreed to my request to extend the deadline for us to deliver our written discovery responses to you to June 20, 2007. We confirm delivery will be made by hand. Thanks -- your consideration is also appreciated. Have a good weekend!
HJK

---

**From:** Harrington, David (CIV) [mailto:David.Harrington@usdoj.gov]
**Sent:** Friday, June 08, 2007 4:11 PM
**To:** Kelly, Harry
**Subject:** Anaheim Gardens v. United States, No. 93-655 (Fed. Cl.).

Harry:

I am writing to confirm our conversation earlier today, in which you agreed to my request for an extention to June 15, 2007, to file a reply concerning the United States' motion for a protective order in Anaheim Gardens. Your cooperation is appreciated.

David

**David A. Harrington**
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530 (for overnight deliveries 20005)
(202) 616-0465