**Harrington, David (CIV)**

**From:** Harrington, David (CIV)
**Sent:** Friday, August 17, 2007 9:29 PM
**To:** 'aziarno@nixonpeabody.com'
**Cc:** 'hkelly@nixonpeabody.com'
**Subject:** Anaheim Gardens/Algonquin Heights

Alycia:

As you are aware, in my August 6, 2007 letter, I urged plaintiffs to serve notice of any ripeness depositions promply to enable the United States to notify witnesses, adjust schedules and work out necessary logistics. Receiving no response, in a letter sent to both you and Mr. Kelly on August 15, 2007, I explained that plaintiffs should hand serve notices for any ripeness depositions as soon as possible, but in any event no later than 2:00 p.m. on August 17, 2007, in order to meet the August 31, 2007 discovery deadline. I am writing to confirm our conversation earlier today that plaintiffs elected to serve no deposition notices in either the Anaheim Gardens v. United States, No. 93-655 (Fed. Cl.), or Algonquin Heights v. United States, No. 97-582 (Fed. Cl.).

David

**David A. Harrington**
Trial Attorney
Civil Division
U.S. Depatment of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202)616-0465