**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 93-655C |
| v. | ) | (Judge Robert H. Hodges, Jr.) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ALGONQUIN HEIGHTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 97-582C |
| v. | ) | (Judge Robert H. Hodges, Jr.) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 24, 2007 order, the United States, upon behalf of both parties, respectfully submits this joint status report.

## BACKGROUND

On August 24, 2007, the Court entered an order denying the United States' motion for protective order in Anaheim Gardens with respect to 23 projects owned by Thetford Properties III, LP, and Thetford Properties IV, LP, (collectively, the "additional Thetford projects"), and ruled that claims by Briar Crest, GP, Briar Crest Apartments II, LP, Briar Hills, LP, and The United Company, LP, (collectively, the "Briar Crest projects") could proceed in Algonquin Heights. See Order of Judge Hodges at 1 (Aug. 24, 2007). In addition, the Court directed the parties to "confer and submit to the court the earliest possible certain date for close of discovery." Order of Judge Hodges at 2 (Aug. 24, 2007). The parties subsequently conferred

and agreed upon a schedule for further proceedings in light of the Court's order. See Letter from David A. Harrington to Harry Kelly (Sept. 11, 2007) (attached as Exhibit A).

**PROPOSED SCHEDULE**

The Court's rulings will necessitate the production of additional documents by both parties and will require the parties to supplement prior interrogatory answers. Accordingly, the parties jointly propose that the Court establish the following schedule in the Anaheim Gardens and Algonquin Heights matters:

- The parties complete document production by October 12, 2007. In the event that unforeseen difficulties will delay the production of documents, timely notice is to be given to opposing counsel.
- The parties serve supplemental interrogatory answers by November 2, 2007.
- The plaintiffs take depositions on ripeness between November 5, 2007 and November 16, 2007.[1]
- The United States takes depositions on ripeness between November 26, 2007 and December 7, 2007.[2]
- Discovery on ripeness issues closes on December 7, 2007.

---

[1] This time frame is based upon the assumption that the Government will proffer three to five witnesses as Rule 30(b)(6) deponents. If the Government proffers more than five Rule 30(b)(6) deponents, or if the proffered witnesses are unavailable during the designated time period, additional time for plaintiffs' Rule 30(b)(6) depositions will be provided after November 26, 2007.

[2] The parties agreed that the United States may take the previously-noticed deposition of Buckman Gardens prior to November 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

September 14, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of September 2007, a copy of "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington