# In the United States Court of Federal Claims

* * * * * * *

ALGONQUIN HEIGHTS, ET AL., *

Plaintiffs, * No. 97-582C
Filed: September 21, 2007

v. *

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We adopt the dates counsel proposed jointly in the September 14, 2007 status report. The schedule is as follows:

- The parties will complete document production by October 12, 2007. In the event that unforeseen difficulties will delay the production of documents, timely notice is to be given to opposing counsel.
- The parties will serve supplemental interrogatory answers by November 2, 2007.
- The plaintiffs will take depositions on ripeness between November 5, 2007 and November 16, 2007.
- The United States will take depositions on ripeness between November 26, 2007 and December 7, 2007.
- Discovery on ripeness issues closes on December 7, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge