ALGONQUIN HEIGHTS, et al., *