# In the United States Court of Federal Claims

No. 97-582C
(Filed: November 9, 2007)

***********************************
ALGONQUIN HEIGHTS, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Pursuant to the parties' request, **a status conference will be held on Wednesday, November 14, 2007, at 10:00 a.m., Eastern Standard Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge