EXHIBIT I


IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - x
ANAHEIM GARDENS, et al., :
Plaintiffs, :
V. : No. 93-655 C
THE UNITED STATES, :
Defendant. :
\- - - - - - - - - - - - - - x
ALGONQUIN HEIGHTS, et al.,:
Plaintiffs, :
V. : No. 97-582 C
THE UNITED STATES, :
Defendant. :
\- - - - - - - - - - - - - - x

Deposition of MICHAEL WINIARSKI

Washington, D.C.

Tuesday, November 13, 2007

9:39 a.m.

Reported by: TRISTAN-JOSEPH, RPR

Q. -- okay?
A. Yes, I'm just . . .
Q. We'll take a break in just a -- I just want to finish the last series of a couple questions, I swear.
But I understand that you did not receive them yourself and, obviously, the Field Office initially received the Notice of Intents, and that's fine.
But I'm just wondering in connection with the work that you did on the database, did you ever encounter or come across either an actual document, a Notice of Intent, seeking to prepay, or whatever notice that you got to put into the database indicating that an order had sought to prepay?
A. Yes, I believe we did.
Q. Was that under ELIHPA or LIHPRHA?
Do you know?
A. I cannot recall at this time.
Q. Okay. Do you remember whether any of those applications to prepay eventually were

approved by HUD?
A. There was at least one that I recall getting -- I used to know all the details. There's one that was allowed to prepay. I don't recall if it was ELIHPA or LIHPRHA.
Q. Which property was that? Do you recall?
A. I can't remember the name, but it was in Madison, Wisconsin, I believe.
Q. Okay. We can talk about that a little later.
Were there any discussions that took place at HUD with respect to the enactment of LIHPRHA and what, if any, impact it had on Owners' rights generally?
A. You're saying do we have meetings internally --
Q. Yeah.
A. -- at HUD about that?
Q. Yeah.
A. For that specific program.
Q. Mm-hmm?
A. No. It would have just been the

A. For prepayment?
Q. For prepayment under Title II.
A. I don't recall that.
Q. From the time that an Owner -- and I realize that you didn't begin to work full-time for the Preservation Division until 1992, do you know what kind of contact prior to that time the Field Office would have once they received a Notice of Intent would they be required to contact someone at headquarters and send some kind of information to them?
A. I don't know specifically.
Q. Okay. Do you remember seeing any of the application -- I think you said earlier before lunch than an application to prepay was approved for one property and it was located in Madison, Wisconsin?
A. I believe so, yes.
Q. Did we identify the name of that property?
A. I can't recall, no.
Q. Several of the properties, the

(Winiarski Deposition Exhibit No. 12
was marked for Identification.)
BY MR. KELLY:
Q. This document is the Defendant's Submittal Response To Plaintiff's Second Set Of Interrogatories, and it's dated November 2nd.
Have you seen this document before, sir?
A. I don't believe so.
Q. Do you know whether you participated in drafting this or assisted in drafting these responses?
A. I don't think so.
Q. If you could take look at page -- well, it's marked as page Arabic 1. It has the heading "Interrogatories."
A. Yes.
Q. Okay. And the last sentence or the next to the last sentence of this page says, "One of the three projects permitted to prepay was Parc Chateau West project, which submitted a Plan of Action that satisfied the statutory criteria for prepayment under the Preservation Statutes."

under the Preservation Statutes.

Do you know which statute it had applied under?

A. No, I don't.

Q. And you don't have any recollection of the actual content of the Plan of Action and what evidence that it showed that authorized HUD to make those findings, do you?

A. No, I don't.

Q. Okay. What about the other project that you identified, do you have any specific recollection as to which statute it was proceeding under for purposes of prepayment?

A. I can't recall at this time.

Q. You just don't remember, it could be either one; is that right?

A. It could be either one. Yeah, I know it was a prepaid transaction, but I can't recall the way it proceeded.

Q. Were there -- and do you have any recollection of the specific criteria that allowed that property to prepay?

A. No.
Q. Okay. Do you know who Maurice Barry is?
A. Yes, I do.
Q. Who is it Maurice Barry?
A. Well, he's a person that I used to work with from the Boston office.
Q. What was the context in which you used to work with him?
A. Well, I met him on a few occasions. Most of the time was just to get information from him or to provide information to him about processing things we were looking for.
Q. How often were you in contact with Mr. Barry?
A. A fair amount during the program operational years, I think in '92 to -- before the HOPE. I don't remember all the times but pretty much he was responsible for Boston properties, and when we needed information about Boston properties, I'd contact him, or if he was going to let us know something was happening, he would contact me.
Q. Was this information for purposes of