EXHIBIT J





IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - x
ANAHEIM GARDENS, et al., :
Plaintiffs, :
v. : No. 93-655 C
THE UNITED STATES, :
Defendant. :
- - - - - - - - - - - - - - x
ALGONQUIN HEIGHTS, et al.,:
Plaintiffs, :
v. : No. 97-582 C
THE UNITED STATES, :
Defendant. :
- - - - - - - - - - - - - - x

Deposition of KERRY MULHOLLAND

Washington, D.C.

November 16, 2007

9:39 a.m.

Reported by: TRISTAN-JOSEPH, RPR

program?

A. Well, you'd have to ask the selecting official that sent me there. I didn't ask to go there.

Q. Did you ever talk to any mortgagees about the Preservation Program and what they were or were not able to approve for an Owner?

MR. HARRINGTON: Objection. It's vague.

You can answer.

THE WITNESS: If somebody called me up and asked me about the 241 program, the 241(f) program, then, from a mortgage credit standpoint, I would have talked to them about the 241(f) program.

BY MS. ZIARNO:

Q. What about if a mortgagee had a question about whether or not an Owner could prepay their mortgage?

A. I don't remember ever getting that question.

Q. Are you aware of any properties that were ever permitted to prepay their mortgages under Title II or Title VI and terminate their

affordability restrictions?
A. I had heard about one project in Saint Louis which I don't have any details.
Q. When did you hear about that?
A. In '95, '94, somewhere in that general area.
Q. If it were in '94, before your acting director position, would that have come out of perhaps one of the preservation working group meetings you were talking about?
A. I honestly can't say. You know, six floors is a small place, you know, a lot of people over the years and people talk. It could have been a general all conversation. It could have been at one of those, or it could have been when I was actually the director and somebody mentioned it to me.
Q. The reference to the sixth floor is what?
That's where the Preservation Office headquarters --
A. Well, that's where --

Q. -- were located?
A. That's where Multifamily Housing is located --
Q. Okay.
A. -- which would include preservation.
Q. You'll have to forgive me. I've actually never been to HUD.
Do you recall the context of why the Saint Louis prepayment was even mentioned?
A. Well, what I recall is somebody was unhappy about it, and they prepaid. And they wanted to do something else with HUD. I don't remember what they wanted to do, whether it was to come in and refinance their project or they decided to change their mind, and everyone wanted to come back in and get preservation incentives, something along those lines.
Q. The somebody who was unhappy was that somebody at HUD was unhappy with a prepayment or somebody on the other side of the deal was unhappy with the prepayment?
A. I don't know who was unhappy. You'd

have to find somebody who has some familiarity with the project.

Q. How would I do that?

A. That would be a good question since this has been a long time. The senior management in the Saint Louis office has been removed, retired.

Q. Anybody you can think of, of who I would ask?

A. Let's see. There is still a mortgage credit examiner who probably was there around that time, who may or may not remember. I don't know whether she had any dealings with preservation.

Q. What's her name?

A. It used to be Sue Warner. It's Sue -- or is it still Sue Warner? Yeah, yeah, Sue Warner.

Q. And she's a mortgage credit examiner you said?

A. Right.

Q. Okay.

A. But again, I don't know whether she had any dealings with preservation.

Q. Understood.