EXHIBIT K

**Ziarno, Alycia**

---

**From:** Ziarno, Alycia
**Sent:** Thursday, November 15, 2007 4:07 PM
**To:** 'david.harrington@usdoj.gov'
**Cc:** Kelly, Harry
**Subject:** Parc Chateau West Documents

David

I am writing to request that you, or whoever is defending Mr. Mulholland's deposition tomorrow, bring to Mr. Mulholland's deposition, copies of the documents related to Parc Chateau West that Mr. Barry referred to during his deposition yesterday. Thank you.

Alycia

Alycia A. Ziarno, Esq.

NIXON PEABODY
ATTORNEYS AT LAW

401 9th Street N.W., Suite 900
Washington, D.C. 20004
Direct: 202.585.8265 Direct Fax: 866.723.0387 Mobile: 202.445.3976
aziarno@nixonpeabody.com
www.nixonpeabody.com

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.