**EXHIBIT D**

**Kelly, Harry**

**From:** Harrington, David (CIV) [David.Harrington@usdoj.gov]
**Sent:** Wednesday, December 05, 2007 4:34 PM
**To:** Kelly, Harry
**Subject:** RE: Plaintiffs' Requests for Admission Nos. 8 and 9

Harry:

You are mistaking that we have provided "no substative response" to Plaintiffs' Requests For Admission Nos. 8 and 9. While objections were asserted as to these requests, both requests for admission were unequivocally denied. We are continuing to review your expert report. However, we have no expectation at the present time that the denials of plaintiff's eighth and ninth requests for admission will be changed.

David

**David A. Harrington**
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530 (for overnight deliveries 20005)
(202) 616-0465

---

**From:** Kelly, Harry [mailto:HKELLY@nixonpeabody.com]
**Sent:** Tuesday, December 04, 2007 1:34 PM
**To:** Harrington, David (CIV)
**Subject:** Plaintiffs' Requests for Admission Nos. 8 and 9

David --
In reviewing the Government's written discovery responses prior to the upcoming scheduled close of discovery, I would like to direct your attention to the Government's responses to the Plaintiffs' Requests for Admissions Nos. 8 and 9. The Government made no substantive response to these Requests, and raised only legal objections. Needless to say, we believe our requests were well-framed and deserved a substantive response as written. I recognize your responses were filed back in April 2007, prior to your receipt of our expert report, which discussed the windfall profits test. Our expert report should have clarified any questions on the Government's part about those requests. Accordingly, please take a look at your prior responses to these Requests and let us know prior to 5 p.m. tomorrow whether the Government intends to supplement its response to these Requests, as the RCFC require. If we do not receive a response by that time, we will assume that the Government has no plan to supplement its responses, and we will proceed accordingly. Thanks! HJK

**Harry J. Kelly**
Partner

EXHIBIT D

Nixon Peabody LLP
401 9th Street NW
Suite 900
Washington, DC 20004-2128
P (202) 585-8712
F (202) 585-8080
hkelly@nixonpeabody.com
www.nixonpeabody.com

To ensure compliance with IRS requirements, we inform you that any federal tax advice contained in this communication (including any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (including any attachment).

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.