IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - x

ANAHEIM GARDENS, et al., :

Plaintiffs, :

V. : No. 93-655 C

THE UNITED STATES, :

Defendant. :

\- - - - - - - - - - - - - - x

ALGONQUIN HEIGHTS, et al.,:

Plaintiffs, :

V. : No. 97-582 C

THE UNITED STATES, :

Defendant. :

\- - - - - - - - - - - - - - x

30(b)(6) Deposition of CARMELITA BRIDGES

Washington, D.C.

Monday, November 5, 2007

10:31 a.m.

Reported by: TRISTAN-JOSEPH, RPR

I'm going to start out my showing you two deposition notices, and I'll ask you a couple of questions about that and then move into the substance of why you're here today.

11:44:02

MS. ZIARNO: If we can mark this one as Exhibit 1.

(Bridges Deposition Exhibit No. 1 was marked for Identification.)

11:44:19

BY MS. ZIARNO:

Q. If you could take a minute and look that over and tell me if you recognize that document.

A. I think this is the document that I received via e-mail.

11:44:45

Q. Okay. And if you could look at the --

A. Oh, wait a minute. Yeah.

Q. Okay.

A. It looks --

Q. If you look at the second page, you'll see that there are five subject matters listed.

11:44:58

Could you please look those over and tell me which of those you're here to testify about today.

A. The document retention policies of HUD Item No. 5.

11:45:12 Q. Item 5?

A. Yeah.

Q. Okay.

MS. ZIARNO: And if can you mark this as Exhibit 2.

(Bridges Deposition Exhibit No. 2 was marked for Identification.)

BY MS. ZIARNO:

Q. Do you recognize that document?

A. They kind of look the same actually
11:46:30 except for the date that's on there.

Q. If you focus on the second page and look at the five-numbered paragraphs, if you focus on Paragraph No. 5, you'll see it's slightly different than in the Paragraph No. 5 that we showed you in
11:46:42 Exhibit 1.

A. Okay.

Q. Could you tell me if you're prepared to testify with respect to that subject matter listed in No. 5 of Exhibit 2?

A. Document retention policies of EMAS.

MS. ELEY: I would like to state, for
11:47:04 the record, that Ms. Bridges is here to testify as the document retention -- she can testify as to the document retention policies of EMAS insofar as they're subsumed under the document policies of HUD; and, to the extent that they are specific
11:47:19 document retention policies of EMAS field offices, it'll be addressed by our EMAS witness.

MS. ZIARNO: Okay, great. Okay, thank you.

THE WITNESS: Thank you.

11:47:23 BY MS. ZIARNO:

Q. Now, in the course of going through today's deposition, they'll be several terms that we're going to use. So I just want to quickly define those for you so that we're all talking
11:47:30 about the same thing.

A. Mm-hmm.

Q. And the first one is the Emergency Low-Income House Preservation Act of 1987 which is commonly referred to as a ELIHPA or Title II.

A. Okay.
Q. -- or LIHPRHA.
11:48:36 A. Mm-hmm.
Q. In getting ready for your testimony here today, what did you do to prepare?
A. I have with me the reference retention schedules.
11:48:47 Q. And did you do anything else?
Did you meet with the attorneys?
A. I've been briefed by counsel.
Q. Were you given a background as to what these litigations were about involving ELIHPA and
11:49:00 LIHPRHA at all?
A. Just briefly.
Q. Okay. Did you review any other documents other than the record retention schedules?
11:49:10 A. No, I did not.
Q. Okay. Did you talk to any other employees --
A. I did --
Q. -- about --

A. -- not.
Q. Okay. All right. What's your current
11:49:15 position?
A. Branch Chief, Records and Directives
Branch.
Q. Is there a division or section that
you're part of specifically?
11:49:27 A. It is part of the Document Management
Division, Office of Administration, U.S. Department
of Housing and Urban Development.
Q. That's a mouthful.
How long have you held that position?
11:49:38 A. Since 2003.
Q. And what are your responsibilities in
that position?
A. I monitor and coordinate records
retention policies with the program areas of the
11:50:04 organizational units within the Department of HUD.
We also organize and coordinate directives,
policies for the Program Offices as well.
Q. Okay.
A. Mm-hmm.

EXHIBIT C





10:54:00
10:54:19
10:54:32
10:54:49

A. For?

Q. Compliance with retention of those records.

A. The Program Office is responsible for their own recordkeeping.

Q. So your only role here today that you can testify to is as to records that are being transferred from HUD to the archives?

A. Yes.

Q. Do you know anything about litigation holds that are placed on records within HUD when there's a pending lawsuit or an actual lawsuit filed?

A. We get a notice from our Office of General Counsel when there is litigation and records need to be put on hold for the length of the litigation.

Q. And that hold would apply to records that are already sent to the retention center; is that correct?

A. They would specify which reference.

Q. But if it's addressed to you in your