**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 93-655C |
| v. | ) | (Judge Margaret M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ALGONQUIN HEIGHTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 97-582C |
| v. | ) | (Judge Margaret M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION, UPON BEHALF OF BOTH PARTIES, FOR AN ENLARGEMENT OF TIME REGARDING PENDING DISCOVERY MOTIONS**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a two-day enlargement of time, to and including Friday, December 28, 2007, within which to file responses to Plaintiffs' Motion to Compel Defendant to Answer Questions and to Produce Certain Documents, and Plaintiff's Motion to Compel Defendant to Answer Questions Concerning Document Retention and Production Matters. See Pls.' Mot. To Compel (filed Dec. 7, 2007) (docket no. 177 in Anaheim; docket no. 65 in Algonquin); Pls.' Mot. To Compel (filed Dec. 7, 2007) (docket no. 179 in Anaheim; docket no. 67 in Algonquin). The United States' responses are currently due Wednesday, December 26, 2007. This is the United States' first request for an enlargement of time for this purpose. Counsel for plaintiffs, Harry Kelly, does not oppose this request.

In addition, the United States, upon behalf of plaintiffs, requests that the Court grant a four-day enlargement of time, to and including Friday, January 4, 2008, within which to file a reply to the United States's Response to Plaintiffs' Motion to Compel Defendant to Respond to Plaintiffs' Request for Admissions Nos. 8 and 9. See Def's Response to Pls.' Mot. To Compel (filed Dec. 18, 2007) (docket no. 180 in Anaheim; docket no. 68 in Algonquin). The plaintiffs' reply is currently due Monday, December 31, 2007. This is the plaintiffs' first request for an enlargement of time for this purpose. The United States does not oppose this request.

The above-referenced discovery motions are at various stages of briefing. The current dates for responses and replies fall within the holiday season. The parties have agreed to propose minor changes to the current due dates for responses and replies to accommodate holiday plans of the parties' respective attorneys.

Accordingly, upon behalf of both parties, the United States respectfully requests that the Court grant this motion for enlargement to adjust the schedule for briefing discovery motions currently pending before the Court.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0465
Fax: (202) 307-0972

December 20, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 20th day of December 2007, a copy of "DEFENDANT'S MOTION UPON BEHALF OF BOTH PARTIES FOR AN ENLARGEMENT OF TIME REGARDING PENDING DISCOVERY MOTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington