# In the United States Court of Federal Claims

No. 97-582 C
(Filed: December 21, 2007)

| | |
|---|---|
| ALGONQUIN HEIGHTS, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On December 20, 2007, defendant, on behalf of both parties, filed a motion for an enlargement of time regarding pending discovery motions. Defendant requests a two (2) day enlargement of time, to and including Friday, December 28, 2007, within which to file responses to Plaintiffs' motions to compel (documents #65 and #67). Defendant's responses are currently due on December 26, 2007. Defendant represents that this is its first request for an enlargement of time for this purpose and that opposing counsel does not oppose its request.

Additionally, plaintiffs seek a four (4) day enlargement, to and including Friday, January 4, 2008, within which to file a reply to defendant's response to plaintiffs' motion to compel (document #68). Plaintiffs' reply is currently due on December 31, 2007. This is plaintiffs' first request for an enlargement of time for this purpose, and defendant does not oppose their request.

Defendant notes that these discovery motions are at various stages of briefing and that the parties have agreed to minor changes to these deadlines in order to accommodate holiday plans of the parties' respective attorneys. **Accordingly, the court grants defendant's motion. Defendant shall file its responses to documents #65 and #67 no later than December 28, 2007, and plaintiffs shall file their reply to document #68 no later than January 4, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge