**U.S. Department of Justice**

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 616-0465
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

December 7, 2007

*Via Electronic Mail and U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

I received on December 6, 2007, a letter identifying a number of documents that you "believe were omitted from the Government's document production." Letter from Harry Kelly to David A. Harrington at 1 (Dec. 5, 2007). We are looking into this issue. If it is determined that HUD possesses the documents identified in your letter, that the documents were not previously produced and that the documents are responsive to plaintiffs' document requests, the documents will be produced.

Your letter also makes reference to unspecified documents that your colleague, Alycia Ziarno, purportedly requested during plaintiffs' depositions. Id. As you note at the outset of your letter, on November 15, 2007, we requested that you identify all specific document production issues to which you would like a response. See Letter from David A. Harrington to Harry Kelly at 1 (Nov. 15, 2007). To the extent there are any documents in addition to those identified in your December 5, 2007 letter that you believe were omitted from the Government's document production, please identify the documents as soon as possible. Upon receipt of a letter identifying such documents, we will look into the issues that you raise.

Lastly, you inquire about the production of documents relating to the Parc Chateau West project. As you are aware, Parc Chateau West is not one of the plaintiffs in these actions and left the HUD inventory in the mid-1990s. As a result, few documents concerning Parc Chateau West are available. We nevertheless anticipate producing in the near future those available documents that concern the project's prepayment.

Very truly yours,

David Harrington

David A. Harrington
Trial Attorney
Commercial Litigation Branch