**U.S. Department of Justice**

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 616-0465
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

December 20, 2007

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

During the course of depositions last month, you and your colleague, Alycia Ziarno, raised a number of issues about the production of documents in these matters. To avoid confusion, I requested that you set forth in writing each of issues to which you would like a response.[1] See Letter from David A. Harrington to Harry Kelly at 1 (Nov. 15, 2007).

In letters dated December 5, 2007, and December 13, 2007, you requested that the United States (1) produce two documents relating to the application of New York rent stabilization laws, (2) produce hard copies of a particular Region 9 database, (3) produce materials used for HUD training sessions between 1992 and 1994, (4) confirm that responsive documents were produced from the files of the Multifamily Housing staff, including any material from a database on Mike Winiarski's personal computer, (5) produce a processing timeline used by Franca Hetue, (6) produce documents concerning prepayment by Parc Chateau West, an unidentified property in Madison, Wisconsin and an unidentified property in St. Louis, Missouri, and (7) provide a Bates-stamped copy of May 1988 memorandum from Thomas Demery that was produced at the deposition of Maurice Barry.

We have reviewed your requests and are producing various documents that were located without regard to arguments concerning the limited scope of ripeness discovery and the timeliness of your requests. Previous production has included responsive material from the files

---

[1] You had already been informed that the United States would be producing responsive documents relating to the Chateau Parc West project to the extent those documents had not been previously produced. Deposition of Maurice Barry at 222 (Nov. 14, 2007). This was subsequently reiterated in writing. Letter from David A. Harrington to Harry Kelly at 1 (Dec. 7, 2007).

of the Multifamily Housing staff. Renewed attempts to find material from the personal computer used by Mr. Winiarski during the 1990s and the database referenced by Mr. Vitek have proved unsuccessful. With respect to your inquiry about projects that prepaid in Madison, Wisconsin and St. Louis, Missouri, we have thus far been unable to identify particular project names. While this is hardly surprising given that the projects would have left the HUD inventory roughly 15 years ago, and that HUD has no database from which this information can be obtained, our efforts are nevertheless continuing. To the extent that plaintiffs possess information that would further these efforts, it should be supplied promptly.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch