UNITED STATES COURT OF FEDERAL CLAIMS

ANAHEIM GARDENS, et al., )
Plaintiffs, )
v. ) No. 93-655C
THE UNITED STATES, )
Defendant. )
ALGONQUIN HEIGHTS, et al., )
Plaintiffs, )
v. ) No. 97-582C
THE UNITED STATES, )
Defendant. )

\- - - - - - - - - - -

DEPOSITION OF FRANCA GUIDA HETUE

Wednesday, November 14, 2007

Washington, D.C.

Reported by: Cheryl A. Lord, RPR, CRR



2b32cb86-35c1-4f28-8b97-57fbceb64358

A. Right.
Q. And why would that be relevant for purposes of their ability to proceed with Title II processing?
A. See, I don't recall. That's part of the process, and I just don't remember at this point.
Q. Do you remember taking any action as a result of receiving this letter?
A. No, I don't.
MR. KELLY: Exhibit 20.
\- - -
(Exhibit Hetue 20 was marked for identification.)
\- - -
(Pause.)
BY MR. KELLY:
Q. Have you had an opportunity to look at the memorandum?
(Pause.)
A. Yes.
BY MR. KELLY:
Q. This is a memorandum for file from Franca Hetue, subject, need of 9607.

Is this something that would have been typed, or was this an email?

Do you know?

A. It would have been typed.

Q. Did you prepare this document?

A. Yes.

Q. Do you remember preparing this memorandum in February of 1995?

A. No.

Q. It indicates that you spoke with Dean Donnelson from Gene Glick Management Company in reference to Carriage House of Elkhart, Carriage House of Mishawaka 1 and 2 on February 14, 1995. Expressed acknowledgement of the letter regarding starting Title II processing on the above properties.

Was this conversation that you had with Mr. Donnelson as a result of the receipt of the letter from Beverly Jackson that was marked as exhibit 19?

A. Appears to be, yes.

Q. It says: Also informed him that we would need a 9607 B notice of intent to elect Title II.

What is that referring to?



2b32cb86-35c1-4f28-8b97-57fbceb64358

A. It is another title of -- another notice of intent apparently. I don't recall.

Q. Why would a 9607 B notice of intent to elect Title II be required from the owner at this point?

A. I don't remember.

Q. It says in the next paragraph: This information was obtained per Mike Winiarski at HQ preservation.

Is this the Mike Winiarski that we referred to earlier?

A. Yes.

Q. Why did you call Mr. Winiarski on this question?

What prompted you to make a call to him?

A. I don't remember.

Q. If you could look back at exhibit 18, the second page. This is not for -- this is a notice of election to proceed, Title II or Title VI, and it was filed on behalf of Carriage House North Associates, not Carriage House of Elkhart or Carriage House of Mishawaka. But it is a form 9610, as I understand it.