**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALGONQUIN HEIGHTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 97-582C |
| | ) | (Judge Margaret M. Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S**
**FOURTH SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Rules of the United States Court of Federal Claims, Plaintiffs Algonquin Heights, et al. (collectively "Plaintiffs"), by their attorneys Nixon Peabody LLP, make the following general and specific objections to the "Defendant's Fourth Set of Interrogatories" (collectively, "Interrogatories" and individually, each an "Interrogatory") propounded by Defendant, The United States.

**GENERAL OBJECTIONS**

1. Plaintiffs object to the Interrogatories that attempt to elicit documents or information that are or may be protected by the attorney-client privilege, the work product doctrine, and any other legally cognizable privilege or protection from disclosure. Inadvertent disclosure of any privileged or protected information shall not be a waiver of any claim or privilege or protection.

2. Plaintiffs object to each Interrogatory that is vague, ambiguous, irrelevant to the claim of ripeness, overbroad, calculated to cause undue burden and expense, and/or that seeks information outside the scope of permissible discovery.

3. Plaintiffs object to each Interrogatory that seeks information not within its possession, custody, or control.

4. Plaintiffs object to each Interrogatory that seeks documents or information within Defendant's knowledge and possession or to which Defendant has equal access.

5. Plaintiffs object to each Interrogatory that contains terms or phrases that are undefined.

6. Plaintiffs object to each Interrogatory that is unlimited in time or otherwise not limited to a reasonable time frame relevant to this litigation.

7. Plaintiffs object to each Interrogatory to the extent that discovery is ongoing in this matter, and it may not yet be in possession of all information necessary to respond in full to the Interrogatory. In this event, Plaintiffs will supplement its answer at the appropriate time.

8. Plaintiffs object to each Interrogatory including the instructions and definitions thereto that impose discovery obligations that exceed the Rules of the United States Court of Federal Claims.

The foregoing General Objections are incorporated by reference within each of its answers and all answers are made subject to, and without waiving, those General Objections, whether or not specifically reiterated in the answers themselves.

**INTERROGATORY NO. 24:**

For each subject property, if you contend that ELIHPA effected a regulatory taking, state the date that you contend that the claim that ELIHPA effected a regulatory taking ripened.

**RESPONSE:**

Plaintiffs object to this Interrogatory on the ground that is vague and ambiguous. Plaintiffs further object to this Interrogatory on the ground that it is duplicative of prior interrogatory and admission requests. Subject to and without waiving these objections, Plaintiffs interpret this request as a request for the date when Plaintiffs contend that they could or did initiate administrative processing under ELIHPA, and that date for those subject properties that proceeded under ELIHPA was after enactment of ELIHPA and either (1) on or about the date that the initial Notice of Intent or Intent to Prepay was submitted to HUD or (2) the date of the twentieth anniversary of the subject property's mortgage, whichever was earlier. A chart of the relevant dates for the subject properties that proceeded under ELIHPA is attached hereto as Exhibit A.

**INTERROGATORY NO. 25:**

For each subject property, if you contend that LIHPRHA effected a regulatory taking, state the date that you contend that the claim that LIHPRHA effected a regulatory taking ripened.

**RESPONSE:**

Plaintiffs object to this Interrogatory on the ground that is vague and ambiguous. Plaintiffs further object to this Interrogatory on the ground that it is duplicative of prior interrogatory and admission requests. Subject to and without waiving these objections, Plaintiffs

interpret this request as a request for the date when Plaintiffs contend that they could or did initiate administrative processing under LIHPRHA, and that date for those subject properties that proceeded under LIHPRHA was after the enactment of LIHPRHA and either (1) on or about the date that the initial Notice of Intent or Intent to Prepay was submitted to HUD or (2) the date of the twentieth anniversary of the subject property's mortgage, whichever was earlier. A chart of the relevant dates for the subject properties that proceeded under LIHPRHA is attached hereto as Exhibit B.

Dated: November 15, 2007

Respectfully Submitted:

Harry J. Kelly
NIXON PEABODY LLP
401 9th Street N.W., Suite 900
Washington, D.C. 2004
(202) 585-8000

Counsel for Plaintiffs

EXHIBIT A
Response to Defendant's Fourth Set of Interrogatories

| Subject Property Name | Date ELIHPA Effected a Regulatory Taking |
|---|---|
| Algonquin Heights | December 20, 1990 |
| Brandy Hill | December 27, 1990 |
| Cambridge Square North I | December 27, 1990 |
| Cambridge Square of Fort Wayne I | September 1, 1990 |
| Cambridge Square of Grand Rapids I | September 1, 1990 |
| Cambridge Square of Grand Rapids II | November 1990 |
| Carriage House North | September 1, 1990 |
| Carriage House of Elkhart | May 1990 |
| Carriage House of Mishawaka | April 15, 1990 |
| Carriage House of Mishawaka II | November 28, 1990 |
| Carriage House of Muskegon | November 1990 |
| Carriage House South | Prior to September 26, 1990 |
| Carriage House West I | December 21, 1989 |
| Carriage House West II | December 8, 1989 |
| Carriage House West III | December 1990 |
| Carriage House West IV | September 25, 1990 |
| Country Towne Apt | February 5, 1988* |
| Cromwell Court | December 27, 1990 |
| Emory Grove (Willow Creek) | December 1990 |
| Fort Heath | Prior to January 3, 1991 |
| Glenarden/Glenreed | December 31, 1990 (Glenreed)<br>December 30, 1989 (Glenarden) |
| King's Grant | December 27, 1990 |
| Riverside Village | December 13, 1990 |

*Date ELIHPA was signed into law.

EXHIBIT B
Response to Defendant's Fourth Set of Interrogatories

| Subject Property Name | Date LIHPRHA Effected a Regulatory Taking |
|---|---|
| Briar Crest I | June 25, 1994 |
| Briar Crest Apts. II | June 25, 1994 |
| Briar Hills Townhouses | January 28, 1994 |
| Brookside Manor | September 25, 1994 |
| Buckman Gardens | April 12, 1993 |
| Chauncy House | October 19, 1993 |
| Church Park Apts. | June 17, 1992 |
| Dolly Ann Apt | January 16, 1994 |
| First Landmark | August 8, 1994 |
| Forest Glen I | December 22, 1992 |
| Forest Glen II & III | February 22, 1994 |
| Garrison Forest | February 14, 1993 (Ph I)<br>March 7, 1994 (Ph II) |
| Jodani Associates | November 30, 1993 |
| Kimberly (Cherry Branch Apts) | April 18, 1992 |
| Leader House | August 11, 1992 |
| New Amsterdam | September 23, 1991 |
| Pine Crest | March 23, 1993 |
| Suburbia Fairfax | July 10, 1992 |
| Suehar Apts | December 11, 1992 |
| Tower West | December 15, 1991 |
| Town & Country Apts & T.H. | December 17, 1991 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that two (2) true and correct copies of the forgoing were served this 15th day of November, 2007, by Federal Express, upon the following:

David Harrington, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Room 12136
Washington, DC 20530

Harry J. Kelly

## Algonquin Heights

| | |
|---|---|
| Algonquin Heights Associates LP<br>By: Robert Ercolini<br>Its: General Partner | Dolly Ann Apartments LP<br>By: __________<br>Its: __________ |
| Brandy Hill Co.<br>By: __________<br>Its: __________ | Emory Grove LP<br>By: __________<br>Its: __________ |
| Brookside Manor Associates LP<br>By: __________<br>Its: __________ | First Landmark Associates LP<br>By: __________<br>Its: __________ |
| Buckman Gardens LP<br>By: __________<br>Its: __________ | Forest Glen Limited Dividend Housing Association<br>By: __________<br>Its: __________ |
| Chauncy House Co.<br>By: __________<br>Its: __________ | Fort Heath Associates<br>By: __________<br>Its: __________ |
| Cromwell Court Co.<br>By: __________<br>Its: __________ | Garrison Forest Associates<br>By: __________<br>Its: __________ |
| Country Towne Apartments Partnership<br>By: __________<br>Its: __________ | Glenarden LP<br>By: __________<br>Its: __________ |

## Algonquin Heights

| | |
|---|---|
| Algonquin Heights Associates LP<br><br>By: ______________<br>Its: ______________ | Dolly Ann Apartments LP<br><br>By: ______________<br>Its: ______________ |
| Brandy Hill Co.<br>Kenmore Housing Realty Co Inc. Its GP<br>By: [signature]<br>Its: Treasurer | Emory Grove LP<br><br>By: ______________<br>Its: ______________ |
| Brookside Manor Associates LP<br><br>By: ______________<br>Its: ______________ | First Landmark Associates LP<br><br>By: ______________<br>Its: ______________ |
| Buckman Gardens LP<br><br>By: ______________<br>Its: ______________ | Forest Glen Limited Dividend Housing Association<br><br>By: ______________<br>Its: ______________ |
| Chauncy House Co. waiting for confirmation of revised date<br><br>By: ______________<br>Its: ______________ | Fort Heath Associates<br><br>By: ______________<br>Its: ______________ |
| Cromwell Court Co.<br>Kenmore Housing Realty Co Inc. its GP<br>By: [signature]<br>Its: Treasurer | Garrison Forest Associates<br><br>By: ______________<br>Its: ______________ |
| Country Towne Apartments Partnership<br><br>By: ______________<br>Its: ______________ | Glenarden LP<br><br>By: ______________<br>Its: ______________ |

Jodani Associates LP

By: ______________________
Its: ______________________

Kimberly Associates

By: ______________________
Its: ______________________

King's Grant Co.
King's Grant Realty Co Inc its GP
By: [signature]
Its: Treasurer

Leader House Associates

By: ______________________
Its: ______________________

Leader House Co.

By: ______________________
Its: ______________________

New Amsterdam Associates

By: ______________________
Its: ______________________

New Amsterdam Houses Inc.

By: ______________________
Its: ______________________

Briar Hill Apartments

By: ______________________
Its: ______________________

Pine Crest Co.
Kenmore Housing Realty Co Inc its GP
By: [signature]
Its: Treasurer

Riverside Village Co. Waiting for confirmation of revised date

By: ______________________
Its: ______________________

Suburbia Associates LP

By: ______________________
Its: ______________________

Suehar Associates LP

By: ______________________
Its: ______________________

Tower West Associates LP

By: ______________________
Its: ______________________

Tower West, Inc.

By: ______________________
Its: ______________________

Town & Country Apartments & Townhouses

By: ______________________
Its: ______________________

Briar Crest I

By: ______________________
Its: ______________________

## Algonquin Heights

Algonquin Heights Associates LP

By: ______________________
Its: ______________________

Brandy Hill Co.

By: ______________________
Its: ______________________

Brookside Manor Associates LP

By: ______________________
Its: ______________________

Buckman Gardens LP

By: ______________________
Its: ______________________

Chauncy House Co.

By: ______________________
Its: ______________________

Cromwell Court Co.

By: ______________________
Its: ______________________

Country Towne Apartments Partnership

By: [signature]
Its: Managing Gen Ptr
John E Pakenham JR

Jodani Associates LP

By: ______________________
Its: ______________________

Dolly Ann Apartments LP

By: ______________________
Its: ______________________

Emory Grove LP

By: ______________________
Its: ______________________

First Landmark Associates LP

By: ______________________
Its: ______________________

Forest Glen Limited Dividend Housing Association

By: ______________________
Its: ______________________

Fort Heath Associates

By: ______________________
Its: ______________________

Garrison Forest Associates

By: ______________________
Its: ______________________

Glenarden LP

By: ______________________
Its: ______________________

Pine Crest Co.

By: ______________________
Its: ______________________

# Algonquin Heights

Algonquin Heights Associates LP

By: ______________________
Its: ______________________

Brandy Hill Co.

By: ______________________
Its: ______________________

Brookside Manor Associates LP

By: ______________________
Its: ______________________

Buckman Gardens LP

By: ______________________
Its: ______________________

Chauncy House Co.

By: ______________________
Its: ______________________

Cromwell Court Co.

By: ______________________
Its: ______________________

Country Towne Apartments Partnership

By: ______________________
Its: ______________________

Dolly Ann Apartments LP

By: ______________________
Its: ______________________

Emory Grove LP

By: ______________________
Its: ______________________

First Landmark Associates LP

By: ______________________
Its: ______________________

Forest Glen Limited Dividend Housing Association

By: ______________________
Its: ______________________

Fort Heath Associates

By: ______________________
Its: ______________________

Garrison Forest Associates

By: Richard L. Orwin
Its: managing partner

Glenarden LP

By: ______________________
Its: ______________________

TO: CHRISTINE BROSONSKI (NIXON PEABODY)
866-947-3557

| | |
|---|---|
| Jodani Associates LP<br>By: Howard Kleinbaum<br>Its: EXECUTIVE DIRECTOR | Pine Crest Co.<br>By: ________<br>Its: ________ |
| Kimberly Associates<br>By: ________<br>Its: ________ | Riverside Village Co.<br>By: ________<br>Its: ________ |
| King's Grant Co.<br>By: ________<br>Its: ________ | Suburbia Associates LP<br>By: ________<br>Its: ________ |
| Leader House Associates<br>By: ________<br>Its: ________ | Suehar Associates LP<br>By: Howard Kleinbaum<br>Its: EXECUTIVE DIRECTOR |
| Leader House Co.<br>By: ________<br>Its: ________ | Tower West Associates LP<br>By: ________<br>Its: ________ |
| New Amsterdam Associates<br>By: ________<br>Its: ________ | Tower West, Inc.<br>By: ________<br>Its: ________ |
| New Amsterdam Houses Inc.<br>By: ________<br>Its: ________ | Town & Country Apartments & Townhouses<br>By: ________<br>Its: ________ |
| Briar Hill Apartments<br>By: ________<br>Its: ________ | Briar Crest I<br>By: ________<br>Its: ________ |

| | |
|---|---|
| Jodani Associates LP<br><br>By: ________________<br>Its: ________________ | Pine Crest Co.<br><br>By: ________________<br>Its: ________________ |
| Kimberly Associates<br><br>By: ________________<br>Its: ________________ | Riverside Village Co.<br><br>By: ________________<br>Its: ________________ |
| King's Grant Co.<br><br>By: ________________<br>Its: ________________ | Suburbia Associates LP<br><br>By: ________________<br>Its: ________________ |
| Leader House Associates L.P.<br>Leader Housing Co. Inc.<br>By: ________________<br>Its: President | Suehar Associates LP<br><br>By: ________________<br>Its: ________________ |
| Leader House Co. Inc.<br><br>By: ________________<br>Its: President | Tower West Associates LP<br>Tower West Inc<br>By: ________________<br>Its: Vice Pres. |
| New Amsterdam Associates L.P.<br><br>By: New Amsterdam Houses Inc<br>Its: - Vice Pres | Tower West, Inc.<br><br>By: ________________<br>Its: Vice Pres |
| New Amsterdam Houses Inc.<br><br>By: ________________<br>Its: Vice Pres | Town & Country Apartments & Townhouses<br><br>By: ________________<br>Its: ________________ |
| Briar Hill Apartments<br><br>By: ________________<br>Its: ________________ | Briar Crest I<br><br>By: ________________<br>Its: ________________ |

| | |
|---|---|
| Jodani Associates LP<br><br>By: ____________<br>Its: ____________ | Pine Crest Co.<br><br>By: ____________<br>Its: ____________ |
| Kimberly Associates<br><br>By: ____________<br>Its: ____________ | Riverside Village Co.<br><br>By: ____________<br>Its: ____________ |
| King's Grant Co.<br><br>By: ____________<br>Its: ____________ | Suburbia Associates LP<br><br>By: ____________<br>Its: ____________ |
| Leader House Associates<br><br>By: ____________<br>Its: ____________ | Suehar Associates LP<br><br>By: ____________<br>Its: ____________ |
| Leader House Co.<br><br>By: ____________<br>Its: ____________ | Tower West Associates LP<br><br>By: ____________<br>Its: ____________ |
| New Amsterdam Associates<br><br>By: ____________<br>Its: ____________ | Tower West, Inc.<br><br>By: ____________<br>Its: ____________ |
| New Amsterdam Houses Inc.<br><br>By: ____________<br>Its: ____________ | Town & Country Apartments & Townhouses<br><br>By: ____________<br>Its: ____________ |
| Briar Hill Apartments<br><br>By: [signature]<br>Its: General Partner | Briar Crest I<br><br>By: [signature]<br>Its: General Partner |

| | |
|---|---|
| Jodani Associates LP<br><br>By: ______________<br>Its: ______________ | Pine Crest Co.<br><br>By: ______________<br>Its: ______________ |
| Kimberly Associates<br><br>By: ______________<br>Its: ______________ | Riverside Village Co.<br><br>By: ______________<br>Its: ______________ |
| King's Grant Co.<br><br>By: ______________<br>Its: ______________ | Suburbia Associates LP<br><br>By: ______________<br>Its: ______________ |
| Leader House Associates<br><br>By: ______________<br>Its: ______________ | Suehar Associates LP<br><br>By: ______________<br>Its: ______________ |
| Leader House Co.<br><br>By: ______________<br>Its: ______________ | Tower West Associates LP<br><br>By: ______________<br>Its: ______________ |
| New Amsterdam Associates<br><br>By: ______________<br>Its: ______________ | Tower West, Inc.<br><br>By: ______________<br>Its: ______________ |
| New Amsterdam Houses Inc.<br><br>By: ______________<br>Its: ______________ | Town & Country Apartments & Townhouses<br><br>By: Richard Davison<br>Its: Managing Part. |
| Briar Hill Apartments<br><br>By: ______________<br>Its: ______________ | Briar Crest I<br><br>By: ______________<br>Its: ______________ |

| | |
|---|---|
| Briar Crest II<br><br>By: ____________<br>Its: General Partner | Church Park Apartments<br><br>By: ____________<br>Its: ____________ |
| Cambridge Square North I<br><br>By: ____________<br>Its: ____________ | Carriage House North<br><br>By: ____________<br>Its: ____________ |
| Cambridge Square of Fort Wayne I<br><br>By: ____________<br>Its: ____________ | Carriage House South<br><br>By: ____________<br>Its: ____________ |
| Cambridge Square of Grand Rapids I<br><br>By: ____________<br>Its: ____________ | Carriage House West I<br><br>By: ____________<br>Its: ____________ |
| Cambridge Square of Grand Rapids II<br><br>By: ____________<br>Its: ____________ | Carriage House West II<br><br>By: ____________<br>Its: ____________ |
| Carriage House of Elkhart<br><br>By: ____________<br>Its: ____________ | Carriage House West III<br><br>By: ____________<br>Its: ____________ |
| Carriage House of Mishawaka<br><br>By: ____________<br>Its: ____________ | Carriage House West IV<br><br>By: ____________<br>Its: ____________ |
| Carriage House of Mishawaka II<br><br>By: ____________<br>Its: ____________ | Carriage House of Muskegon<br><br>By: ____________<br>Its: ____________ |

Briar Crest II

By: ______________________
Its: ______________________

Cambridge Square North I

By: Dean Donnelson
Its: Agent

Cambridge Square of Fort Wayne I

By: Dean Donnelson
Its: Agent

Cambridge Square of Grand Rapids I

By: Dean Donnelson
Its: Agent

Cambridge Square of Grand Rapids II

By: Dean Donnelson
Its: Agent

Carriage House of Elkhart

By: Dean Donnelson
Its: Agent

Carriage House of Mishawaka

By: Dean Donnelson
Its: Agent

Carriage House of Mishawaka II

By: Dean Donnelson
Its: Agent

Church Park Apartments

By: ______________________
Its: ______________________

Carriage House North

By: Dean Donnelson
Its: Agent

Carriage House South

By: Dean Donnelson
Its: Agent

Carriage House West I

By: Dean Donnelson
Its: Agent

Carriage House West II

By: Dean Donnelson
Its: Agent

Carriage House West III

By: Dean Donnelson
Its: Agent

Carriage House West IV

By: Dean Donnelson
Its: Agent

Carriage House of Muskegon

By: Dean Donnelson
Its: Agent

| | |
|---|---|
| Briar Crest II<br><br>By: __________<br>Its: __________ | Church Park Apartments<br><br>By: [signature]<br>Its: V.P. |
| Cambridge Square North I<br><br>By: __________<br>Its: __________ | Carriage House North<br><br>By: __________<br>Its: __________ |
| Cambridge Square of Fort Wayne I<br><br>By: __________<br>Its: __________ | Carriage House South<br><br>By: __________<br>Its: __________ |
| Cambridge Square of Grand Rapids I<br><br>By: __________<br>Its: __________ | Carriage House West I<br><br>By: __________<br>Its: __________ |
| Cambridge Square of Grand Rapids II<br><br>By: __________<br>Its: __________ | Carriage House West II<br><br>By: __________<br>Its: __________ |
| Carriage House of Elkhart<br><br>By: __________<br>Its: __________ | Carriage House West III<br><br>By: __________<br>Its: __________ |
| Carriage House of Mishawaka<br><br>By: __________<br>Its: __________ | Carriage House West IV<br><br>By: __________<br>Its: __________ |
| Carriage House of Mishawaka II<br><br>By: __________<br>Its: __________ | Carriage House of Muskegon<br><br>By: __________<br>Its: __________ |

## Algonquin Heights

| | |
|---|---|
| Algonquin Heights Associates LP<br><br>By: ________<br>Its: ________ | Dolly Ann Apartments LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Brandy Hill Co.<br><br>By: ________<br>Its: ________ | Emory Grove LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Brookside Manor Associates LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President | First Landmark Associates LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Buckman Gardens LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President | Forest Glen Limited Dividend Housing Association<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Chauncy House Co.<br><br>By: ________<br>Its: ________ | Fort Heath Associates<br><br>By: ________<br>Its: ________ |
| Cromwell Court Co.<br><br>By: ________<br>Its: ________ | Garrison Forest Associates<br><br>By: ________<br>Its: ________ |
| Country Towne Apartments Partnership<br><br>By: ________<br>Its: ________ | Glenarden LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |

| | |
|---|---|
| Briar Crest II<br><br>By: ____________________<br>Its: ____________________ | Church Park Apartments<br><br>By: ____________________<br>Its: ____________________ |
| Cambridge Square North I<br><br>By: ____________________<br>Its: ____________________ | Carriage House North<br><br>By: ____________________<br>Its: ____________________ |
| Cambridge Square of Fort Wayne I<br><br>By: ____________________<br>Its: ____________________ | Carriage House South<br><br>By: ____________________<br>Its: ____________________ |
| Cambridge Square of Grand Rapids I<br><br>By: ____________________<br>Its: ____________________ | Carriage House West I<br><br>By: ____________________<br>Its: ____________________ |
| Cambridge Square of Grand Rapids II<br><br>By: ____________________<br>Its: ____________________ | Carriage House West II<br><br>By: ____________________<br>Its: ____________________ |
| Carriage House of Elkhart<br><br>By: ____________________<br>Its: ____________________ | Carriage House West III<br><br>By: ____________________<br>Its: ____________________ |
| Carriage House of Mishawaka<br><br>By: ____________________<br>Its: ____________________ | Carriage House West IV<br><br>By: ____________________<br>Its: ____________________ |
| Carriage House of Mishawaka II<br><br>By: ____________________<br>Its: ____________________ | Carriage House of Muskegon<br><br>By: ____________________<br>Its: ____________________ |

| | |
|---|---|
| Jodani Associates LP<br><br>By: ______________<br>Its: ______________ | Pine Crest Co.<br><br>By: ______________<br>Its: ______________ |
| Kimberly Associates<br>By: Mid City Financial Corporation - Agent<br>By: [signature]<br>Its: President | Riverside Village Co.<br><br>By: ______________<br>Its: ______________ |
| King's Grant Co.<br><br>By: ______________<br>Its: ______________ | Suburbia Associates LP<br>By: Mid City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Leader House Associates<br><br>By: ______________<br>Its: ______________ | Suehar Associates LP<br><br>By: ______________<br>Its: ______________ |
| Leader House Co.<br><br>By: ______________<br>Its: ______________ | Tower West Associates LP<br><br>By: ______________<br>Its: ______________ |
| New Amsterdam Associates<br><br>By: ______________<br>Its: ______________ | Tower West, Inc.<br><br>By: ______________<br>Its: ______________ |
| New Amsterdam Houses Inc.<br><br>By: ______________<br>Its: ______________ | Town & Country Apartments & Townhouses<br><br>By: ______________<br>Its: ______________ |
| Briar Hill Apartments<br><br>By: ______________<br>Its: ______________ | Briar Crest I<br><br>By: ______________<br>Its: ______________ |