NIXON PEABODY LLP
ATTORNEYS AT LAW

401 9th Street N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
Fax: (202) 585-8080

Harry J. Kelly
Direct Dial: (202) 585-8712
E-Mail: hkelly@nixonpeabody.com

November 21, 2007

**VIA ELECTRONIC MAIL/U.S. POSTAL SERVICE**

Mr. David Harrington
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, Room 12136
Washington, DC 20530

**Re: Anaheim/Algonquin Litigation**
**-- Plaintiffs' Responses to Defendant's Fourth Set of Interrogatories**

Dear David:

This letter responds to your letter to me dated November 16, 2007, in which you contend that the Plaintiffs' Responses to Defendant's Fourth Set of Interrogatories in the above-referenced cases are alternatively "not responsive" and "unintelligible" and in which you demand revised responses by November 21, 2007.

I disagree with your characterization on both counts. Obviously, all of the plaintiffs suffered a taking when ELIHPA was enacted because immediately upon the loss of their right to prepay, their respective properties lost value. We understood, however, that the interrogatories were not asking when plaintiffs' claims arose, but rather when those claims became ripe. As we understand the pertinent authorities, the question of "ripeness" turns on whether it would have been futile to seek administrative relief – that is, to seek prepayment – as provided by either ELIHPA or LIHPRHA. Our responses make clear when we contend the owners would have been able to initiate, or actually did initiate, processing under those statutes, and we provided those specific dates in Exhibits A and B. The property/plaintiffs are divided into Exhibits A or B based upon which statute they were either eligible to proceed under, or the statue that they actually did proceed under. Given that you asked two separate interrogatories addressing each statute individually we attempted to respond in kind, hence, the provision of two charts - one for interrogatory #24 and one for interrogatory #25. In sum, contrary to your assertion, Plaintiffs'

responses are both responsive and intelligent as provided and Plaintiffs do not intend to revise those responses at this time.

Please call me if you have any questions.

Very truly yours,

Harry J. Kelly

cc: Alycia A. Ziarno, Esq.