# In the United States Court of Federal Claims

No. 97-582 C
(Filed: March 17, 2008)

| | |
|---|---|
| ALGONQUIN HEIGHTS, et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On March 14, 2008, the parties filed a joint status report in which they represent that they have engaged in discussions regarding discovery issues that were the subject of the court's February 29, 2008 orders and have arrived at a timetable for addressing these issues. The parties agree that responses to written discovery and any additional production of documents should occur before depositions are commenced. After discussing ways to reduce the number of depositions on document retention policies and practices, the parties anticipate that between five and ten depositions will be necessary to address document retention policies and practices, as well as prepayment, administrative processing, and document production issues.

The parties proposed the following schedule, which the court adopts:

1. **April 4, 2008**: Plaintiffs serve answers to defendant's twenty-fourth and twenty-fifth interrogatories.

2. **April 4, 2008**: Defendant produces any additional responsive documents about prepayment by ELIHPA or LIHPRHA eligible properties in St. Louis, Missouri and Madison, Wisconsin, and serves supplemental responses to plaintiffs' requests for production of documents.

3. **April 21, 2008**: Depositions taken pursuant to the court's February 29, 2008 orders begin.

4. **May 16, 2008**: Depositions are completed.

5. **June 2, 2008**: The parties file a joint status report in which they propose a process and schedule for summary judgment briefing on the issue of ripeness.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge