**U.S. Department of Justice**

Civil Division

**EXHIBIT B**

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 616-0465
Facsimile: (202) 305-7644

*Washington, D.C. 20530*

April 4, 2008

*Via E-Mail & U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

I have reviewed your letter of April 4, 2008. You mistakenly state that the United States has agreed to produce a witness to testify "about the Cambridge Square and Carriage House properties processed by the Grand Rapids office." Letter from Harry Kelly to David A. Harrington at 2 (Apr. 4, 2008). The United States' position regarding such depositions was stated in my March 6, 2008 letter and explained once again in our motion for status conference. Our position has not changed.

We will research the eligibility dates for the non-insured projects mentioned in your letter. When that research is completed, we will inform you whether we agree or disagree with your eligibility dates. Regrettably, given that you continue to seek depositions about projects in Boston and Grand Rapids, we do not anticipate that an agreement regarding eligibility dates would obviate the need for a status conference with Judge Sweeney.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch